# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136137

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOYCE JONES,
        Plaintiff-Appellee,

v

SAGINAW SCHOOL DISTRICT, MIDDLE
CITIES WORKERS' COMPENSATION FUND/
GALLAGHER BASSETT SERVICES, INC.,
        Defendant-Appellant.

SC: 136137
COA: 279552
WCAC: 05-000260

_____/

On order of the Court, the application for leave to appeal the February 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

t0616